PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Marcus Morgan          Cr.: 20-00711-001
                                                                                       PACTS #: 4963943

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/17/2021

Original Offense:    Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922g(1), a Class C Felony

Original Sentence: 37 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing/Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release                        Date Supervision Commenced: 07/19/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | Morgan tested positive for marijuana July 11 and August 8, 2024. Morgan admitted to using marijuana on both occasions. |

U.S. Probation Officer Action:
Morgan has been referred for substance abuse treatment. He will continue to be randomly drug tested and all additional positive tests will be reported to the Court. At this time, we are respectfully requesting no further action. We will await Your Honor's final decision in this regard.

Pursuant to 18 U.S.C. § 3583(g)(4), when an individual tests positive for illegal controlled substances more than three times over the course of one year, the Court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment. However, pursuant to 18 U.S.C. § 3583(d), the Court shall consider if an individual is actively participating in treatment.

Prob 12A – page 2
Marcus Morgan

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
      Senior U.S. Probation Officer

/dh

APPROVED:

_____   10/01/2024
SUZANNE GOLDA-MARTINEZ              Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

Oct 2, 2024
Date